JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
Email: jcoyne@sheppardmullin.com
msherman@sheppardmullin.com

KRISTIN LINSLEY MYLES, Cal. Bar No. 154148
MUNGER, TOLLES & OLSON LLP
33 New Montgomery Street, 19th Floor
San Francisco, California 94105-9781
Telephone: 415-512-4000
Facsimile: 415-512-4077

Attorneys for Defendants, FORT JAMES

LEO R. BEUS (pro hac vice), Ariz. Bar No. 2687
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona 85251
Telephone: 480-429-3000
Facsimile: 480-429-3100

ALLAN STEYER, Cal. Bar No. 100318
STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: 415-421-3400
Facsimile: 415-421-2234

Attorneys for Plaintiffs, CROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, et al. <br><br> Defendants. | Case No. C 02-3838 MMC <br><br> STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE |

-1-

W02-LA:LS4\70881004.1

STIPULATION AND [PROPOSED] ORDER SETTING
CASE MANAGEMENT CONFERENCE

1  The following stipulation is entered into between Plaintiff Jeffrey H.
2  Beck, Liquidating Trustee of the Crown Paper Liquidating Trust ("Beck"), and
3  Defendants Fort James Corporation, f/k/a James River Corporation of Virginia; Fort
4  James Operating Company; Fort James Fiber Company, f/k/a James River Timber
5  Corporation; and Fort James International Holdings, Ltd., f/k/a James River
6  International Holdings, Ltd. (collectively, "Fort James").
7
8  The parties have agreed to the scheduling of a joint case management
9  conference to discuss the status of this action, including this Court's Order
10 Affirming Bankruptcy Court's Order Granting Plaintiffs' Motion for Preliminary
11 Injunction. The parties have also confirmed that this proposed date, December 2,
12 2005, is available for the Court through the Court's clerk.
13
14 THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS
15 FOLLOWS:
16
17 A Case Management Conference shall be scheduled for Friday,
18 December 2, 2005, at 10:30 a.m. in Courtroom No. 7, 19th Floor Federal Building.
19 The parties have confirmed through the Court's clerk that this date is available.

-7-

Further, a Joint Case Management Statement shall be filed not less than seven days before the Conference date of December 2, 2005.

DATED: October 5, 2005

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
Joseph F. Coyne, Jr.
Attorneys for Defendants
FORT JAMES AND RELATED ENTITIES

DATED: October 5, 2005

BEUS GILBERT PLLC

By _____
Leo Beus
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 12, 2005

_____
Hon. Maxine M. Chesney
United States District Judge

-3-