

**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

333 South Hope Street | 48th Floor | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | www.sheppardmullin.com

Writer's Direct Line: 213-617-5405
msherman@sheppardmullin.com

October 11, 2005

Our File Number: 0W41-079902

*VIA E-FILING AND FACSIMILE*

Honorable Joseph C. Spero
U.S. Magistrate Judge
U.S. Courthouse
450 Golden Gate Avenue, Courtroom A
San Francisco, California 94102-3483

Re: Beck v. Fort James Corp., et al., Case No. C-05-0798 MMC (JCS)
In re Crown Vantage, Inc., Case No. C-02-3838 MMC (JCS)
Crown Vantage, Inc. v. Fort James Corp., et al., Case No. C-02-3839 MMC (JCS)

Dear Honorable Spero:

At the suggestion of your clerk, we are submitting this letter request to reschedule the Alternate Dispute Resolution Scheduling Conference ("Scheduling Conference") for Thursday, December 1, 2005, beginning at 10:30 a.m. This date is available for the interested parties, and the requested time of 10:30 a.m. will allow counsel to travel that morning for the Scheduling Conference, which would be much appreciated by all parties.

Thank you for your attention to this matter.

Sincerely,

Michelle Sherman

for SHEPPARD MULLIN RICHTER & HAMPTON LLP

cc: Leo R. Beus, Esq. (via facsimile)
Malcolm Loeb, Esq. (via facsimile)
Kristin L. Myles, Esq. (via facsimile)
Stan G. Roman, Esq. (via facsimile)



IT IS SO ORDERED
Judge Joseph C. Spero