JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar. No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:  213-620-1780
Facsimile:   213-620-1398
Email:        jcoyne@sheppardmullin.com
                msherman@sheppardmullin.com

Attorneys for Defendants, FORT JAMES

LEO R. BEUS (pro hac vice), Ariz. Bar No. 2687
MALCOLM LOEB Cal. Bar No. 130026
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona  85251
Telephone:  480-429-3000
Facsimile:   480-429-3100
Email:        lbeus@beusgilbert.com
                mloeb@beusgilbert.com

ALLAN STEYER, Cal. Bar No. 100318
STEYER LOWENTHAL BOODROOKAS
         ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone:  415-421-3400
Facsimile:   415-421-2234
Email:        asteyer@steyerlaw.com
                esmith@steyerlaw.com

Attorneys for Plaintiffs, CROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, *et al.* <br><br> Defendants. | Case No. C 02-3838 MMC <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR REPLY ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1    The following stipulation is entered into between Plaintiff Jeffrey H. Beck, Liquidating Trustee of the Crown Paper Liquidating Trust ("Trustee"), and Defendants Fort James Corporation, f/k/a James River Corporation of Virginia; Fort James Operating Company; Fort James Fiber Company, f/k/a James River Timber Corporation; and Fort James International Holdings, Ltd., f/k/a James River International Holdings, Ltd. (collectively, "Fort James").

WHEREAS, on Wednesday, April 26, 2006, Fort James filed its Motion for Summary Judgment On Count I (Fraudulent Transfers), noticed for hearing on June 2, 2006, at 9:00 a.m., and

WHEREAS, on Friday, May 12, 2006, the Trustee filed Plaintiffs' Opposition, and

WHEREAS, Fort James estimates that it needs until Tuesday, May 23, 2006, to prepare and file its Reply to Plaintiffs' Opposition, and

WHEREAS, Fort James has requested, and the Trustee has agreed to, an extension of 2 court days to file its Reply Memorandum, and

WHEREAS, the parties, mindful of Local Rule 6-1(b), nevertheless hope to retain the June 2, 2006, return date on the Motion,

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The deadline for Fort James to file its Reply Memorandum is extended from Friday, May 19, 2006, to Tuesday, May 23, 2006.

2. Subject to the Court's own calendaring needs, the hearing on the motion shall remain June 2, 2006, at 9:00 a.m.

DATED: May 16, 2006

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By   */s/ Joseph F. Coyne, Jr.*
                 Joseph F. Coyne, Jr.
               Attorneys for Defendants
          FORT JAMES AND RELATED ENTITIES

DATED: May 16, 2006

          BEUS GILBERT PLLC

          By   */s/ Malcolm Loeb*
                 Malcolm Loeb
               Attorneys for Plaintiffs

ORDER

1. The deadline for Fort James to file its Reply Memorandum is extended from Friday, May 19, 2006, to Tuesday, May 23, 2006.

2. The noticed date and time for the hearing on the motion shall remain June 2, 2006, at 9:00 a.m.

DATED: May 17, 2006.

*Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Judge