United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

CROWN VANTAGE, INC.,

    Debtor

_____

CROWN PAPER COMPANY, et al.,

    Plaintiffs

  v.

FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, et al.,

    Defendants
_____/

No. C-02-3838 MMC

**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL; CONTINUING HEARING; BRIEFING SCHEDULE**

    Before the Court is defendants' application, filed May 31, 2006, for leave to file supplementary material in connection with defendants' motion for summary judgment.

    Having read and considered the application, and good cause appearing, defendants' application is hereby GRANTED.

    In light of the delayed filing and length of the supplementary material, the Court hereby CONTINUES the hearing on defendants' motion for summary judgment from June

2, 2006 to June 16, 2006, at 9:00 a.m.  Any surreply shall be filed no later than June 9, 2006.[1]

**IT IS SO ORDERED.**

Dated: June 1, 2006

                                                  MAXINE M. CHESNEY
                                                  United States District Judge

---

[1] If plaintiffs contest defendants' showing as to the reasons for the delayed filing, such procedural objections may be included in the surreply along with plaintiffs' response on the merits.

2