| | |
|---|---|
| 1 | **BEUS GILBERT PLLC** |
| | ATTORNEYS AT LAW |
| 2 | 4800 NORTH SCOTTSDALE ROAD |
| | SUITE 6000 |
| 3 | SCOTTSDALE, ARIZONA 85251 |
| | TELEPHONE (480) 429-3000 |
| 4 | Leo R. Beus/Ariz. Bar No. 002687 (*Pro Hac Vice*) |
| | Malcolm Loeb/Calif. Bar No. 130026 |
| 5 | |
| 6 | **STEYER LOWENTHAL** |
| | **BOODROOKAS ALVAREZ & SMITH LLP** |
| | ONE CALIFORNIA STREET, THIRD FLOOR |
| 7 | SAN FRANCISCO, CALIFORNIA 94111 |
| | TELEPHONE (415) 421-3400 |
| 8 | Allan Steyer/Calif. Bar No. 100318 |
| | Edward Egan Smith/Calif. Bar No. 169792 |
| 9 | D. Scott Macrae/Calif. Bar No. 104663 |
| 10 | Attorneys for Plaintiffs |

E-Filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY; CROWN VANTAGE, INC.; JEFFREY H. BECK, LIQUIDATING TRUSTEE; AND CROWN PAPER LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FT. JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY, f/k/a JAMES RIVER TIMBER CORPORATION; and FORT JAMES INTERNATIONAL HOLDINGS, LTD., f/k/a JAMES RIVER INTERNATIONAL HOLDINGS, LTD.<br><br>Defendants. | Case No.: 02-3838 MMC<br><br>[~~PROPOSED~~] ORDER PERMITTING PLAINTIFFS TO BRING RETRACTABLE PROJECTION SCREEN TO COURTROOM *wire*<br><br>Date: June 2̶, 16, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. Maxine M. Chesney<br>Place: Courtroom 7, 19th Floor |

1   Crown Paper Company, Crown Vantage, Inc., Jeffrey H. Beck, Liquidating Trustee, and
2   the Crown Paper Liquidating Trust (collectively "Crown"), having requested permission to bring
3   a retractable projection video screen into Courtroom 7 on the 19th floor of the courthouse located
4   at 450 Golden Gate Avenue, San Francisco, California, and good cause appearing therefore,
5   IT IS HEREBY ORDERED that counsel for Crown shall be permitted to bring a
6   retractable projection screen through lobby security and up to the 19th floor courtroom of the
7   Honorable Maxine M. Chesney, Courtroom 7, for the law and motion hearing on calendar on
8   June ~~2~~ 16, 2006 at ~~2:00 p.m.~~ 9:00 a.m. [mmc]

11  DATED: JUN X 1 2006

MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

2
[PROPOSED] ORDER PERMITTING PLAINTIFF TO BRING RETRACTABLE PROJECTION SCREEN TO COURTROOM
S:\Crown Paper\Pleadings\prop order permitting screen 06-02-06 hearing.wpd