JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:     213-620-1398
jcoyne@smrh.com
msherman@smrh.com

Attorneys for Defendants
FORT JAMES CORPORATION
AND RELATED ENTITIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY; CROWN VANTAGE, INC., JEFFREY H. BECK, Liquidating Trustee; and CROWN PAPER LIQUIDATING TRUST,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY, f/k/a JAMES RIVER TIMBER CORPORATION; and FORT JAMES INTERNATIONAL HOLDINGS, LTD., f/k/a JAMES RIVER INTERNATIONAL HOLDINGS, LTD.,<br><br>　　　　　　　Defendants. | Case No. C 02-3838 MMC<br><br>**ORDER PERMITTING FORT JAMES TO BRING PROJECTOR TO COURTROOM**<br><br>Date:　　　June 16, 2006<br>Time:　　　9:00 a.m.<br>Courtroom: 7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |

1  Defendants Fort James Corporation, Fort James Fiber Company, Fort James
2  Operating Company and Fort James International Holdings, Ltd. (collectively, "Fort
3  James"), having requested permission to bring a projector into Courtroom 7 on the
4  19th floor of the courthouse located at 450 Golden Gate Avenue, San Francisco, California,
5  and good cause appearing therefore,

7  IT IS HEREBY ORDERED that counsel for Fort James shall be permitted to
8  bring a projector through lobby security and up to the 19th floor courtroom of the
9  Honorable Maxine M. Chesney, Courtroom 7, for the law and motion hearing on calendar
10 on June 16, 2006 at 9:00 a.m.

12 DATED:  June 14, 2006

*[signature: Maxine M. Chesney]*
Hon. Maxine M. Chesney
United States District Judge

-2-

W02-WEST:1KAB1\400006568.1                [PROPOSED] ORDER PERMITTING FORT JAMES
                                           TO BRING PROJECTOR TO COURTROOM