**BEUS GILBERT PLLC**
ATTORNEYS AT LAW
4800 NORTH SCOTTSDALE ROAD
SUITE 6000
SCOTTSDALE, ARIZONA  85251
TELEPHONE (480) 429-3000

Leo R. Beus (Az. Bar No. 002687) (Pro Hac Vice)
Malcolm Loeb (Cal. Bar No. 130026)

**STEYER LOWENTHAL
BOODROOKAS ALVAREZ & SMITH LLP**
ONE CALIFORNIA STREET, THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 421-3400

Allan Steyer (Calif. Bar No. 100318)
Edward Egan Smith (Calif. Bar No. 169792)
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, et al., <br><br> Defendants. | Case No. C 02-03838 MMC <br> **Consolidated Cases** <br><br> **ORDER PERMITTING CROWN PAPER TO BRING PROJECTOR AND RETRACTABLE PROJECTION SCREEN TO COURTROOM** <br><br> **Judge:** Hon. Maxine M. Chesney <br> **Date:** June 16, 2006 <br> **Time:** 9:00 A.M. <br> **Courtroom:** 7 (19th Floor) |

[PROPOSED] ORDER PERMITTING CROWN PAPER TO BRING PROJECTOR AND RETRACTABLE
PROJECTION SCREEN TO COURTROOM
Case No. C02-03838 MMC

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\~4670359.doc

Plaintiffs Crown Paper Company, Crown Vantage, Inc., Jeffrey H. Beck, Liquidating Trustee, and the Crown Paper Liquidating Trust (collectively "Crown"), having requested permission to bring a projector and retractable projection screen into Courtroom 7 on the 19th Floor of the courthouse located at 450 Golden Gate Avenue, San Francisco, California, and good cause appearing therefor,

IT IS HEREBY ORDERED that counsel for Crown shall be permitted to bring a projector and retractable projection screen through lobby security and up to the 19th floor courtroom of the Honorable Maxine M. Chesney, Courtroom 7, for the law and motion hearing on calendar on June 16, 2006 at 9:00 a.m.

This order supersedes the order filed on June 1, 2006 that referred only to a retractable projection screen.

DATED:  June 15, 2006.

_____
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER PERMITTING CROWN PAPER TO BRING PROJECTOR AND RETRACTABLE PROJECTION SCREEN TO COURTROOM
Case No. C02-03838 MMC

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\~4670359.doc