IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

CROWN VANTAGE, INC.,

    Debtor

———————————————

CROWN PAPER COMPANY, et al.,

    Plaintiffs

  v.

FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, et al.,

    Defendants
———————————————/

No. C-02-3838 MMC

**ORDER DENYING DEFENDANTS' MOTION TO MODIFY AMENDED PRETRIAL PREPARATION ORDER TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE**

    Before the Court is defendants' application, filed May 12, 2006, to amend the Amended Pretrial Preparation Order to continue the pretrial deadlines and the trial dates. Plaintiffs have filed opposition, to which defendants have replied. The matter came on regularly for hearing June 16, 2006. Joseph F. Coyne, Jr., of Sheppard, Mullin, Richter & Hampton LLP appeared on behalf of defendants. Leo R. Beus and Malcolm Loeb of Beus Gilbert PLLC appeared on behalf of plaintiffs.

1   The Court having considered the papers filed in support of and in opposition to the
2   motion, the arguments of counsel, and for the reasons stated on the record at the hearing,
3   defendants' motion is hereby DENIED, without prejudice.
4   **IT IS SO ORDERED.**

6   Dated: June 16, 2006

MAXINE M. CHESNEY
United States District Judge