JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
jcoyne@smrh.com
msherman@smrh.com

Attorneys for Defendants
FORT JAMES CORPORATION
AND RELATED ENTITIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY; CROWN VANTAGE, INC., JEFFREY H. BECK, Liquidating Trustee; and CROWN PAPER LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY, f/k/a JAMES RIVER TIMBER CORPORATION; and FORT JAMES INTERNATIONAL HOLDINGS, LTD., f/k/a JAMES RIVER INTERNATIONAL HOLDINGS, LTD.,<br><br>Defendants. | Case No. C 02-3838 MMC<br><br>[~~PROPOSED~~] ORDER PERMITTING FORT JAMES TO BRING PROJECTOR TO COURTROOM<br><br>Date: June 21, 2006<br>Time: 9:30 a.m.<br>Courtroom: A (15th Floor)<br>Judge: Hon. Joseph C. Spero |

-1-

W02-WEST:1KAB1\400007668.1     [~~PROPOSED~~] ORDER PERMITTING FORT JAMES TO BRING PROJECTOR TO COURTROOM

1    Defendants Fort James Corporation, Fort James Fiber Company, Fort James
2 Operating Company and Fort James International Holdings, Ltd. (collectively, "Fort
3 James"), having requested permission to bring a projector into Courtroom A on the
4 15th floor of the courthouse located at 450 Golden Gate Avenue, San Francisco, California,
5 and good cause appearing therefore,
6
7    IT IS HEREBY ORDERED that counsel for Fort James shall be permitted to
8 bring a projector through lobby security and up to the 15th floor courtroom of the
9 Honorable Joseph C. Spero, Courtroom A, for the law and motion hearing on calendar on
10 June 21, 2006 at 9:30 a.m.
11
12 DATED:  June 21, 2006

_____
Honorable Joseph C. Spero
United States Magistrate Judge

-2-

W02-WEST:1KAB1\400007668.1            [PROPOSED] ORDER PERMITTING FORT JAMES
                                       TO BRING PROJECTOR TO COURTROOM