JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar. No. 136799
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:   213-620-1780
Facsimile:   213-620-1398
Email:       jcoyne@sheppardmullin.com
             msherman@sheppardmullin.com

Attorneys for Defendants, FORT JAMES

LEO R. BEUS (pro hac vice), Ariz. Bar No. 2687
BEUS GILBERT PLLC
4800 North Scottsdale Road, Suite 6000
Scottsdale, Arizona  85251
Telephone:   480-429-3000
Facsimile:   480-429-3100
Email:       lbeus@beusgilbert.com
             mloeb@beusgilbert.com

ALLAN STEYER, Cal. Bar No. 100318
STEYER LOWENTHAL BOODROOKAS
     ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone:   415-421-3400
Facsimile:   415-421-2234
Email:       asteyer@steyerlaw.com
             esmith@steyerlaw.com

Attorneys for Plaintiffs, CROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY, *et al.* | Case No. C 02-3838 MMC |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING DEADLINES FOR DISCOVERY** |
| vs. | |
| FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, *et al.* | |
| Defendants. | |

-1-

1      The following stipulation is entered into between Plaintiff Jeffrey H.

2 Beck, Liquidating Trustee of the Crown Paper Liquidating Trust ( "Beck"), and

3 Defendants Fort James Corporation, f/k/a James River Corporation of Virginia; Fort

4 James Operating Company; Fort James Fiber Company, f/k/a James River Timber

5 Corporation; and Fort James International Holdings, Ltd., f/k/a James River

6 International Holdings, Ltd. (collectively, "Fort James").

7

8      The parties have agreed to continue by 45 days the discovery cut-off

9 dates and the last date for the filing of dispositive motions as indicated below.

10 Continuing these dates will <u>not</u> affect the court ordered trial date of February 5,

11 2007, and simply reflects an agreement that the parties were able to reach following

12 the June 16, 2006 hearing on Fort James' Motion to Modify the Amended Pretrial

13 Preparation Order.

14

15      THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS

16 FOLLOWS:

17

18      1.  The non-expert discovery cut-off shall be continued from August

19 25, 2006 to October 9, 2006;

20

21      2.  The last day to file motions to compel discovery shall be continued

22 from September 6, 2006 to October 18, 2006;

23

24      3.  The last day for the parties to make disclosure of expert testimony

25 shall be continued from September 15, 2006 to October 30, 2006;

26

27      4.  The last day for the parties to name rebuttal experts shall be

28 continued from October 6, 2006 to November 20, 2006;

STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINES FOR DISCOVERY AND
DISPOSITIVE MOTIONS

1        5.  The expert discovery cut-off shall be continued from October 27,

2   2006 to December 11, 2006; and

3

4        6.  The last day to file dispositive motions shall be continued from

5   November 9, 2006 to December 22, 2006.

6

7   DATED:  June 30, 2006

8                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10                                         By    /s/ Joseph F. Coyne, Jr.

11                                                   Joseph F. Coyne, Jr.
                                                     Attorneys for Defendants
12                                             FORT JAMES AND RELATED ENTITIES

13  DATED:  June 30, 2006

14                                         BEUS GILBERT PLLC

15

16                                         By    /s/ Malcolm Loeb

17                                                   Malcolm Loeb
                                                  Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                                             CONTINUING DEADLINES FOR DISCOVERY AND
                                                                       DISPOSITIVE MOTIONS

<u>ORDER</u>

1.  The non-expert discovery cut-off is continued from August 25, 2006 to October 9, 2006;

2.  The last day to file motions to compel discovery is continued from September 6, 2006 to October 18, 2006;

3.  The last day for the parties to make disclosure of expert testimony is continued from September 15, 2006 to October 30, 2006;

4.  The last day for the parties to name rebuttal experts is continued from October 6, 2006 to November 20, 2006;

5.  The expert discovery cut-off is continued from October 27, 2006 to December 11, 2006; and

6.  As agreed at the July 7, 2006 telephone conference, the November 9, 2006 deadline for filing dispositive motions remains unchanged.

DATED:  July 7, 2006

_____
Hon. Maxine M. Chesney
United States District Judge