**United States District Court**
For the Northern District of California

1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                           NORTHERN DISTRICT OF CALIFORNIA
7
8   JEFFREY H. BECK,                         Case No. C-05-0798 MMC (JCS)
9              Plaintiff(s),
10       v.                                  **ORDER SETTING FURTHER**
                                             **SETTLEMENT CONFERENCE**
11  FORT JAMES CORPORATION, ET AL.,
12             Defendant(s),
    _____/
13  IN RE:                                   Case No. C-02-3838 MMC (JCS)
14  CROWN VANTAGE, INC.,
15             Debtor,
16  _____/
17  CROWN VANTAGE, INC.,                     Case No. C-02-3839 MMC (JCS)
18             Plaintiff(s),
19       v.
20  FORT JAMES CORPORATION, ET AL.,          (**E-FILING CASES**)
21             Defendant(s).
    _____/
22
23  TO ALL PARTIES AND COUNSEL OF RECORD:
24       You are hereby notified that a Further Settlement Conference is scheduled for **October 26,**
25  **2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San
26  Francisco, California.
27       Lead trial counsel shall appear at the Settlement Conference with the parties. Jeffrey H.
28  Beck, Kenneth F. Khoury, and Jason N. Poulos shall also attend the Further Settlement Conference.

**United States District Court**
For the Northern District of California

1       **Each party shall prepare an updated Settlement Conference Statement, which must be**

2    **lodged with the undersigned's Chambers no later than October 12, 2006.**

3       The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to

4    the date set for Settlement Conference.  All other provisions of this Court's December 13, 2005

5    "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

6       IT IS SO ORDERED.

7

8    Dated:  July 25, 2006

9                                                                    _____

10                                                                   JOSEPH C. SPERO
                                                                     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2