**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY H. BECK, | Case No. C-05-0798 MMC (JCS) |
| Plaintiff(s), | |
| v. | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| FORT JAMES CORPORATION, ET AL., | |
| Defendant(s), | |
| IN RE: | Case No. C-02-3838 MMC (JCS) |
| CROWN VANTAGE, INC., | |
| Debtor, | |
| CROWN VANTAGE, INC., | Case No. C-02-3839 MMC (JCS) |
| Plaintiff(s), | |
| v. | **(E-FILING CASES)** |
| FORT JAMES CORPORATION, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 22, 2007, at 10:00 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the Settlement Conference with the parties. Jeffrey H. Beck, Kenneth F. Khoury, and Jason N. Poulos shall also attend the Further Settlement Conference.

**Each party shall prepare an updated Settlement Conference Statement, which must be lodged with the undersigned's Chambers no later than January 15, 2007.**

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference.  All other provisions of this Court's December 13, 2005 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: November 2, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge