1  LEO R. BEUS, Admitted pro hac vice
   MALCOLM LOEB, CAL. BAR NO. 130026
2  BEUS GILBERT PLLC
   4800 N. Scottsdale Road, Suite 6000
3  Scottsdale, AZ 85251
   Telephone:  (480) 429-3000
4  Facsimile:   (480) 429-3100

5  Attorneys for Plaintiffs

6  JOSEPH F. COYNE, JR., Cal. Bar No. 93707
   MICHELLE SHERMAN, Cal. Bar No. 136799
7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
8  Los Angeles, California  90071-1448
   Telephone:  213-620-1780
9  Facsimile:   213-620-1398
   jcoyne@smrh.com
10 msherman@smrh.com

11 Attorneys for Defendants
   FORT JAMES CORPORATION
12 AND RELATED ENTITIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY; CROWN VANTAGE, INC., JEFFREY H. BECK, Liquidating Trustee; and CROWN PAPER LIQUIDATING TRUST,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY, f/k/a JAMES RIVER TIMBER CORPORATION; and FORT JAMES INTERNATIONAL HOLDINGS, LTD., f/k/a JAMES RIVER INTERNATIONAL HOLDINGS, LTD.,<br><br>                    Defendants. | Case No. C 02-3838 MMC<br><br>**STIPULATION AND ORDER RE DISPOSITIVE MOTION FILING DATES**<br><br>Judge: Hon. Maxine M. Chesney |

1  The following stipulation is entered into between Crown Paper Company;
2  Crown Vantage, Inc., Jeffrey H. Beck, Liquidating Trustee; and Crown Paper
3  Liquidating Trust (collectively "Plaintiffs"), and Fort James Operating Company,
4  Fort James Fiber Company, and Fort James International Holdings, Ltd.,
5  (collectively, "Defendants").

7  WHEREAS, the deadline for parties to file dispositive motions is
8  November 9, 2006;

10  WHEREAS, under the Local Rules the date for oppositions to such motions
11  falls on the day after Thanksgiving and the date for hearing on such Motions falls on
12  the first day of Hanukah,

14  IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

16  1.  The parties shall file any dispositve motions by Wednesday,
17  November 15, 2006.

19  2.  The parties shall file any opposition papers to such motions by
20  Friday, December 1, 2006.

22  3.  The parties shall file any reply papers in support of such motions
23  by Friday, December 8, 2006.

-2-

1      4.    Motions shall be noticed for hearing for Friday, December 22, 2006, at 9:00 a.m., subject to the Court's own calendaring needs and scheduling.

DATED: November 2, 2006

    BEUS GILBERT PLLC

    By     */s/ Malcolm Loeb*
        Malcolm Loeb
        Attorneys for Plaintiffs

DATED: November 2, 2006

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By     */s/ Kenneth A. O'Brien, Jr.*
        Kenneth A. O'Brien, Jr.
        Attorneys for Defendants

Having considered the parties' stipulation,

IT IS HEREBY ORDERED:

1. The deadline to file dispositive motions shall remain November 9, 2006.

2. The parties shall file any opposition briefs to such motions by Monday, November 27, 2006.

3. The parties shall file any reply briefs in support of such motions by Monday, December 4, 2006.

4. Motions shall be noticed for hearing on Friday, December 15, 2006, at 9:00 a.m.

DATED: November 3, 2006

_____
Hon. Maxine M. Chesney
United States District Judge