IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

CROWN VANTAGE, INC.,

    Debtor

———————————————————

CROWN PAPER COMPANY, et al.,

    Plaintiffs

  v.

FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, et al.,

    Defendants
                                                    /

No. C-02-3838 MMC

**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SINGLE CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' TWO MOTIONS FOR SUMMARY JUDGMENT**

       Before the Court is plaintiffs' administrative motion, filed November 16, 2006, by which plaintiffs seek leave to file a single 50-page memorandum of points and authorities in opposition to defendants' separate motions for summary judgment.

       One of defendants' motions is directed toward Count I in plaintiffs' Second Amended Complaint, by which cause of action plaintiffs seek to set aside certain cash transfers made by the debtors in 1995. The other motion addresses Count II, by which cause of action

plaintiffs seek to set aside a 1998 settlement agreement, wherein the debtors released claims arising from the 1995 cash transfers; the motion additionally addresses certain of defendants' counterclaims relating to the validity and interpretation of that agreement. The two motions pertain to separate transactions, not only of differing character but also occurring several years apart. Under such circumstances, the Court finds it appropriate that the issues relevant to the respective transactions be addressed by way of separate motions, and that the filing of separate oppositions would best assist the Court in determining whether the remaining claims, or any of them, are viable.

Accordingly, plaintiffs' administrative motion is hereby DENIED, and plaintiffs shall file a separate opposition to each of the above-referenced motions filed by defendants.

**IT IS SO ORDERED.**

Dated: November 17, 2006

MAXINE M. CHESNEY
United States District Judge