United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

CROWN VANTAGE, INC.,

    Debtor

_____

CROWN PAPER COMPANY, et al.,

    Plaintiffs

  v.

FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, et al.,

    Defendants
_____/

No. C-02-3838 MMC

**ORDER DENYING STIPULATION CONCERNING PAGE LIMITS ON SUMMARY JUDGMENT OPPOSITION AND REPLY BRIEFS**

    Before the Court is the parties' stipulation, filed November 27, 2006, by which the parties request that, with respect to Count One, plaintiffs be permitted to file a 35-page opposition to defendants' motion for summary judgment, and that defendants be permitted to file a 25-page reply to said opposition.

    The parties have failed to show good cause exists to alter the applicable page limits. Plaintiffs concurrently filed with the stipulation a 24-page opposition to the above-

referenced motion, and fail to state why an additional eleven pages are necessary.[1] Further, the stipulation was not filed until the day the opposition was due, and, consequently, the request that plaintiffs be permitted to file an amended, oversized opposition to the motion is, in essence, a request to extend the deadline for filing an opposition; the parties fail to address how such extension of time will impact the date the reply will be filed and/or the hearing date.

Accordingly, the stipulation is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 29, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiffs did not submit a copy of the proposed 35-page opposition.

2