# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY; CROWN VANTAGE, INC.; JEFFREY H. BECK, Liquidating Trustee; and CROWN PAPER LIQUIDATING TRUST,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY, f/k/a JAMES RIVER TIMBER CORPORATION; and FORT JAMES INTERNATIONAL HOLDINGS, LTD., f/k/a/ JAMES RIVER INTERNATIONAL HOLDINGS, LTD.,<br><br>　　　　　　　Defendants. | Case No.:  02-3838 MMC<br><br>**[Consolidated Cases]**<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DECLARATIONS OF EXPERTS IN OPPOSITION TO FORT JAMES' TWO MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:　　　　December 15, 2006<br>Time:　　　　9:00 a.m.<br>Judge:　　　Hon. Maxine M. Chesney<br>Courtroom:　7 (19th Floor) |

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DECLARATIONS OF EXPERTS OPPOSITION TO FORT JAMES' TWO MOTIONS FOR SUMMARY JUDGMENT
Case No. C02-03838 MMC

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\Order to File Dec of Experts.doc

1  Having considered the Administrative Request of Plaintiffs' Crown Paper Company, Crown Vantage, Inc., Jeffrey H. Beck, Liquidating Trustee and Crown Paper Liquidating Trust ("Crown") to file the declarations of James Harris, Harry Potter, Ian Millar, Alfred King and Samuel Thompson, and defendants' opposition thereto, the Court finds that there is good cause to grant the administrative request.  Accordingly,

IT IS HEREBY ORDERED that Plaintiffs shall be permitted to file the declarations of James Harris, Harry Potter, Ian Millar, Alfred King and Samuel Thompson in opposition to Fort James' two Motions for Summary Judgment on Counts I and II of Crown's Second Amended Complaint.  Plaintiffs shall file said declarations no later than Monday, December 4, 2006.

IT IS SO ORDERED.


DATED: December 1, 2006


_____
United States District Judge

---

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DECLARATIONS OF EXPERTS OPPOSITION TO FORT JAMES' TWO MOTIONS FOR SUMMARY JUDGMENT
Case No. C02-03838 MMC