JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
jcoyne@sheppardmullin.com
msherman@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:   213-620-1780
Facsimile:    213-620-1398

Attorneys for Defendants
FORT JAMES CORPORATION
AND RELATED ENTITIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY; CROWN VANTAGE, INC., JEFFREY H. BECK, Liquidating Trustee; and CROWN PAPER LIQUIDATING TRUST,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY, f/k/a JAMES RIVER TIMBER CORPORATION; and FORT JAMES INTERNATIONAL HOLDINGS, LTD., f/k/a JAMES RIVER INTERNATIONAL HOLDINGS, LTD.,<br><br>　　　　　　Defendants. | Case No. C 02-3838 MMC<br><br>**Order Granting Defendants' Request to Continue Time to File Reply to Plaintiffs' Opposition to Defendants' Motions for Summary Judgment on Count I (Intentional Fraudulent Transfer)**<br><br>Date:　　　December 15, 2006<br>Time:　　　9:00 a.m.<br>Judge:　　　Hon. Maxine M. Chesney<br>Courtroom:　7 (19th Floor) |

-1-

W02-WEST:1RMH1\400131438.1

Case No. C 02-3838 MMC
[Proposed] Order Granting Defendants' Motion to Extend Time to File Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Count I (Intentional Fraudulent Transfer)

1  Having considered Plaintiffs' Administrative Motion to File
2  Declarations of Experts in Opposition to Fort James' Two Motions for Summary
3  Judgment, and the Response of Defendants Fort James Corporation, Fort James
4  Fiber Company, Fort James Operating Company, and Fort James International
5  Holdings, Ltd. (collectively, "Fort James"), the Court finds that there is good cause
6  to grant the motion to continue the time for Fort James to file its reply to Plaintiffs
7  Opposition to Fort James' Motion for Summary Judgment on Count I (Intentional
8  Fraudulent Transfer).  Accordingly,

9  IT IS HEREBY ORDERED that the time for Fort James to file its reply
10 to Plaintiffs' Opposition to Fort James' Motion for Summary Judgment on Count I
11 (Intentional Fraudulent Transfer) is continued to noon, Wednesday, December 6,
12 2006.  Defendants shall deliver chambers copies of their reply by 10:00 a.m. on
13 Thursday, December 7, 2006.

16 Dated:  December 1, 2006

_____
Hon. Maxine M. Chesney
United States District Judge

W02-WEST:1RMH1\400131438.1

-1-

Case No. C 02-3838 MMC
[Proposed] Order Granting Defendants' Motion to Extend
Time to File Reply to Plaintiffs' Opposition to Defendants'
Motion for Summary Judgment on Count I (Intentional
Fraudulent Transfer)