1  JOSEPH F. COYNE, JR. (SBN 93707)
   MICHELLE SHERMAN, (SBN 136799)
2  SHEPPARD, MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
3  Including Professional Corporations
   333 South Hope Street, 48th Floor
4  Los Angeles, CA 90071-1448
   Telephone: (213) 620-1780; Facsimile: (213) 620-1398
5
   KRISTIN LINSLEY MYLES (SBN 154148)
6  ROHIT K. SINGLA (SBN 213057)
   SUSAN TRAUB BOYD (SBN 229664)
7  MUNGER, TOLLES & OLSON LLP
   33 New Montgomery Street, 19th Floor
8  San Francisco, CA 94105-9781
   Telephone: (415) 512-4000; Facsimile: (415) 512-4077
9
   Attorneys for Defendants
10 FORT JAMES CORPORATION, FORT JAMES
   OPERATING COMPANY, FORT JAMES FIBER
11 COMPANY, and FORT JAMES INTERNATIONAL
   HOLDINGS, LTD.
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY H. BECK, | Case No. C-05-0798 MMC (JCS) |
| Plaintiffs, | **ORDER APPROVING SUBSTITUTION OF COUNSEL** |
| v. | |
| FORT JAMES CORPORATION, et al., | |
| Defendants. | |
| In re: | Case No. C-02-3838 MMC (JCS) |
| CROWN VANTAGE, INC., | |
| Debtor. | |
| CROWN VANTAGE, INC., | Case No. C-02-3839 MMC (JCS) |
| Plaintiffs, | |
| v. | |
| FORT JAMES CORPORATION, et al., | |
| Defendants. | |

1227259.1

SUBSTITUTION OF ATTORNEY CASE NOS. C05-0798; 02-3838; 02-3839 MMC (JCS)

1  TO THE COURT AND TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL
2  OF RECORD:

3   Defendants hereby provide notice that Munger, Tolles & Olson LLP is withdrawing as counsel of
4  record in this matter. Defendants will continue to be represented by existing counsel of record, Sheppard,
5  Mullin Richter & Hampton LLP. This substitution of counsel will not cause any delay in the prosecution
6  of this action.

7
8  Dated: December 1, 2006    By: _____
                                    JASON N. POULOS
9                                  For Defendants FORT JAMES
                                    CORPORATION, FORT JAMES
10                                  OPERATING COMPANY, and FORT
                                    JAMES INTERNATIONAL HOLDINGS,
11                                  LTD

12  Dated: December 1, 2006    SHEPPARD, MULLIN RICHTER &
                                HAMPTON LLP
13
14
                                By: Joseph F. Coy Jr
15                                  JOSEPH F. COYNE, JR     KAO
16                              Attorneys for Defendants FORT JAMES
                                CORPORATION, FORT JAMES
17                              OPERATING COMPANY, and FORT
                                JAMES INTERNATIONAL HOLDINGS,
18                              LTD

19  Dated: December 1, 2006    MUNGER TOLLES & OLSON LLP
20
21                              By: /S/
22                                  ROHIT K. SINGLA
23
24
25  So Ordered: /s/ Maxine M. Chesney    Date: December 1, 2006
                Maxine M. Chesney
26              United States District Judge
27
28
1227259.1                          1
SUBSTITUTION OF ATTORNEY CASE NOS. C05-0798; 02-3838; 02-3839 MMC (JCS)