IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

CROWN VANTAGE, INC.,

    Debtor

_____

CROWN PAPER COMPANY, et al.,

    Plaintiffs

  v.

FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA, et al.,

    Defendants
_____/

No. C-02-3838 MMC

**ORDER STRIKING FORT JAMES' SUPPLEMENTAL FILING ANSWERING COURT'S QUESTION AT HEARING ON MOTIONS FOR SUMMARY JUDGMENT; STRIKING PLAINTIFFS' CALCULATIONS LIST AND DECLARATION OF HARRY POTTER; AFFORDING PARTIES LEAVE TO FILE SUPPLEMENTAL DOCUMENT NOT TO EXCEED TWO PAGES**

At the hearing conducted on December 15, 2006 on defendants' motions for summary judgment, the Court directed each party to file, no later than January 5, 2007, a sheet of paper setting forth that party's calculation of the price paid in August 1995 to Fort James Corporation by Crown Paper Co. and/or Crown Vantage Inc. (collectively, "Crown"), and to include therein a citation to the record for each figure comprising the total payment. The Court did not direct the parties, nor afford them leave, to submit new evidence or to make additional argument.

On January 5, 2007, defendants filed "Fort James' Supplemental Filing Answering Court's Question at Hearing on Motion for Summary Judgment"; plaintiffs filed a document titled "Plaintiff's Calculations List," along with an expert declaration, to which voluminous exhibits are attached.  Although, in such filings, each party appears to have set forth the figure asserted to be the price paid by Crown, both parties also offered new evidence and included additional legal argument.  Given the additional evidence and argument, it is difficult to determine whether either party's calculation is based on evidence already in the record, or on some new theory based on information that party now seeks to submit in the first instance.  In any event, the deadline to file and to oppose dispositive motions has long passed, and no party has shown any cause, let alone good cause, to submit new argument and/or new evidence at this late stage of the proceedings.  See Fed. R. Civ. P. 16(b) (providing pretrial order "shall not be modified except upon a showing of good cause and by leave of the district court").

Accordingly, the above-referenced filings are hereby STRICKEN, without prejudice to each party's filing, no later than January 11, 2007, a document, not to exceed two pages in length, in which such party sets forth the total sum it asserts Crown paid to Fort James, the components thereof, and a citation to the place(s) in the record currently on file where such payment is reflected.

**IT IS SO ORDERED.**

Dated: January 9, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MAXINE M. CHESNEY
United States District Judge