| | |
|---|---|
| 1 | Leo R. Beus/Ariz. Bar No. 002687 (Pro hac vice) |
| 2 | Albert J. Morrison/Calif. Bar No. 198047<br>BEUS GILBERT PLLC |
| 3 | ATTORNEYS AT LAW<br>4800 North Scottsdale Road, Ste. 6000 |
| 4 | Phoenix, Arizona 85251<br>Telephone (480) 429-3000 |
| 5 | Allan Steyer/Calif. Bar No. 100318 |
| 6 | D. Scott Macrae/Calif. Bar No. 104663<br>STEYER, LOWENTHAL, BOODROOKAS |
| 7 | ALVAREZ & SMITH, LLP<br>One California Street, Third Floor |
| 8 | San Francisco, CA 94111<br>Telephone: (415) 421-3400<br>Facsimile: (415) 421-2234 |
| 9 | |
| 10 | Attorneys for Plaintiffs |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CROWN PAPER COMPANY; CROWN VANTAGE, INC., JEFFREY H. BECK, Liquidating Trustee; and CROWN PAPER LIQUIDATING TRUST, | No. C 02-03838 MMC |
| Plaintiffs, | STIPULATION AND ORDER TO VACATE FEBRUARY 5, 2007 TRIAL DATE |
| v. | |
| FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY, f/k/a JAMES RIVER TIMBER CORPORATION; and FORT JAMES HOLDINGS, LTD., f/k/a JAMES RIVER INTERNATIONAL HOLDINGS, LTD., | |
| Defendants. | |

STIPULATION AND ORDER TO VACATE FEBRUARY 5, 2007 TRIAL DATE
Case No. 02-03838 MMC
N:\06-07\crown1-ord9 (vacate trial).wpd

Plaintiffs Crown Paper Company, Crown Vantage, Inc., Jeffrey H. Beck and Crown Paper Liquidating Trust (collectively "Crown") and Defendants Fort James Corporation, f/k/a James River Corporation of Virginia, Fort James Operating Company, Fort James Fiber Company, f/k/a James River Timber Corporation and Fort James Holdings, LTD., f/k/a James River International Holdings, LTD. (collectively "Fort James") hereby enter into the following stipulation:

## RECITALS

WHEREAS, on August 25, 2004, Crown filed a Second Amended Complaint alleging causes of action against Fort James.

WHEREAS, by Court Order, the trial date in the above captioned matter was set for February 5, 2007.

WHEREAS, on January 26, 2007, the parties reached an agreement in principle to settle this litigation. The parties are working to finalize an agreement.

WHEREAS, the final documentation of the settlement agreement is being prepared by the parties and, the agreement entered into by the parties is subject to Bankruptcy Court approval, and the parties will work diligently to obtain such approval.

## STIPULATION

NOW, THEREFORE, Crown and Fort James hereby stipulate by and through their respective counsel, as follows:

1. Crown and Fort James stipulate to vacate the February 5, 2007 trial date.

Dated: January 29, 2007

STEYER, LOWENTHAL, BOODROOKAS
ALVAREZ & SMITH, LLP

BEUS GILBERT PLLC
ATTORNEYS AT LAW


By: */s/ Allan Steyer*
    Allan Steyer
    Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: January 29, 2007 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |

By: /s/ *Joseph F. Coyne*
Joseph F. Coyne, Jr.
Attorneys for Defendants

## ORDER

Based on the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The February 5, 2007 trial date is vacated; and

2. No later than April 6, 2007, the parties shall file a Joint Status Statement, apprising the Court of the status of the settlement and any remaining claims.

Dated: January 30, 2007

Hon. Maxine M. Chesney
United States District Court Judge