**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Notice of Related Case has been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 02-3838 MMC      In re Crown Vantage
C 07-2075 JSW       In re Crown Vantage**

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[  ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a). Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **MMC** immediately after the case numbers. All matters presently scheduled for hearing in the reassigned cases are vacated and must be renoticed for hearing before the undersigned.

**DATED: April 16, 2007**

_____
MAXINE M. CHESNEY
United States District Judge