**BEUS GILBERT** PLLC
ATTORNEYS AT LAW
4800 NORTH SCOTTSDALE ROAD
SUITE 6000
SCOTTSDALE, ARIZONA  85251
TELEPHONE (480) 429-3000

Leo R. Beus/Ariz. Bar No. 002687 (*pro hac vice*) - lbeus@beusgilbert.com
Albert J. Morrison/Calif. Bar No. 198047 - amorrison@beusgilbert.com

Attorneys for Plaintiffs

JOSEPH F. COYNE, JR., Cal. Bar No. 93707
MICHELLE SHERMAN, Cal. Bar No. 136799
jcoyne@sheppardmullin.com
msherman@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:   213-620-1780
Facsimile:    213-620-1398

Attorneys for Defendants
FORT JAMES CORPORATION
AND RELATED ENTITIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CROWN PAPER COMPANY; CROWN VANTAGE, INC., JEFFREY H. BECK, Liquidating Trustee; and CROWN PAPER LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORT JAMES CORPORATION, f/k/a JAMES RIVER CORPORATION OF VIRGINIA; FORT JAMES OPERATING COMPANY; FORT JAMES FIBER COMPANY, f/k/a JAMES RIVER TIMBER CORPORATION; and FORT JAMES INTERNATIONAL HOLDINGS, LTD., f/k/a JAMES RIVER INTERNATIONAL HOLDINGS, LTD.,<br><br>Defendants. | Case No. C 02-3838 MMC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>Courtroom:   7 (19th Floor)<br>Judge: Hon. Maxine M. Chesney |

1

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\BGD-#3565-v1-Stipulation_and_Order_to_Dismiss_With_Prejudice.DOC

Case No. C 02-3838 MMC
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiffs Crown Paper Company, Crown Vantage, Inc., Jeffrey H. Beck and Crown Paper Liquidating Trust and Defendants Fort James Corporation, Fort James Operating Company, Fort James Fiber Company, and Fort James International Holdings Ltd. hereby stipulate to dismiss the above-captioned action with prejudice and without costs.

Dated: June 11, 2007

BEUS GILBERT PLLC

By */s/ Leo R. Beus*
Leo R. Beus
Attorneys for Plaintiffs

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By */s/ Joseph F. Coyne, Jr.*
Joseph F. Coyne, Jr.
Attorneys for Defendants

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and without costs.

Dated: June 12, 2007

_____
Hon. Maxine M. Chesney
United States District Judge

2

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\BGD-#3565-v1-Stipulation_and_Order_to_Dismiss_With_Prejudice.DOC

Case No. C 02-3838 MMC
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE